# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**JULIE KATHRYN CHILDERS**                                              **PLAINTIFF**

**V.**                                        **NO. 3:19CV00105-M-V**

**COMMISSIONER OF SOCIAL SECURITY**                            **DEFENDANT**

### ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the record of this case, the Court finds that the Report and Recommendation ("R&R") of the United States Magistrate Judge dated October 16, 2019, was on that date duly filed and the parties notified; that more than fourteen days have elapsed since notice of said R&R; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the R&R should be approved and adopted as the opinion of the Court.

It is, therefore, **ORDERED**:

1. That the R&R of the United States Magistrate Judge dated October 16, 2019, is, hereby, approved and adopted as the opinion of the Court.

2. That Plaintiff's motion to dismiss [15] is granted, and this case is DISMISSED pursuant to Rule 41(a)(2) of the *Federal Rules of Civil Procedure*.

This, the 18th day of December, 2019.

                                                        **/s/ MICHAEL P. MILLS**
                                                        **UNITED STATES DISTRICT JUDGE**
                                                        **NORTHERN DISTRICT OF MISSISSIPPI**